**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2341**

---

HYRATHA C. SPRIGGS,

                                    Plaintiff - Appellant,

        versus

CITIBANK (MARYLAND), N.A., a Corporation,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-91-3546-JFM)

---

Submitted:  January 18, 1996        Decided:  January 31, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Hyratha C. Spriggs, Appellant Pro Se.  Jana Howard Carey, Todd
James Horn, VENABLE, BAETJER & HOWARD, Baltimore, Maryland, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying her motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Spriggs v. Citibank (Maryland), N.A.</u>, No. CA-91-3546-JFM (D. Md. June 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>